# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERRI L. RALPH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-214-BMJ ) |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## **J U D G M E N T**

Pursuant to the Memorandum Opinion and Order filed separately this same date, the final decision of Defendant denying Plaintiff's application for disability insurance benefits is AFFIRMED and judgment is entered in favor of Defendant.

ENTERED this 4th day of November, 2019.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE